

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juliana Recino, on behalf of herself and all others similarly situated | Civil Action No.  23cv0750-MMA-MSB |
| **Plaintiff,** | |
| V. | |
| Aya Healthcare, Inc., a California Corporation; Aya Healthcare Services, Inc., a California Corporation | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court DISMISSES this action without prejudice. Accordingly, there will be no forthcoming motion to dismiss to which Plaintiff may oppose and the Court declines to enter an order recognizing that Plaintiff has maintained any such right. Case is now closed.

Date:   10/2/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ A. Santiago
A. Santiago, Deputy